AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Center for Biological Diversity; Save Our Springs Alliance, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Texas Department of Transportation; James Bass <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:16-cv-876-LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TEXAS DEPARTMENT OF TRANSPORTATION
Executive Director, James Bass
125 East Eleventh Street
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer Loda; jloda@biologicaldiversity.org
Center for Biological Diversity; 1212 Broadway, Suite 800; Oakland, CA 94612

Kelly Davis; kelly@sosalliance.org
Save Our Springs Alliance, 905 W. Oltorf St., Ste. A; Austin, TX 78704

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: July 19, 2016



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-876

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

**388;63H;FA8**
**E7DH;573FF35: 76**

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:16-CV-876-LY

Plaintiff:
**Center for Biological Diversity; Save Our Springs Alliance, Inc.**

vs.

Defendant:
**Texas Department of Transportation; James Bass**

For:
Save Our Springs
905 W. Oltorf
Suite A
Austin, TX 78704

Received by Austin Process LLC on the 21st day of July, 2016 at 11:12 am to be served on **Texas Department of Transportation by serving its Executive Director, James Bass, 125 East 11th Street, Austin, TX 78701**.

I, Dane R. Cuppett, being duly sworn, depose and say that on the **22nd day of July, 2016** at **1:34 pm**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action and Complaint for Declaratory and Injunctive Relief** with the date and hour of service endorsed thereon by me, to: **Alicia Ramon-Kane, Texas Department of Transportation** as **Genearl Counsel** for **Texas Department of Transportation by serving its Executive Director, James Bass**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 22nd day of July, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

JESSICA R MATHEWS
Notary Public
STATE OF TEXAS
My Comm. Exp. November 14, 2016

Dane R. Cuppett
SCH-7114, Exp. 9/30/16

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2016005242

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

Center for Biological Diversity; Save Our Springs Alliance, Inc.

*Plaintiff(s)*

v.

Texas Department of Transportation; James Bass

*Defendant(s)*

Civil Action No. 1:16-cv-876-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMES BASS
Texas Department of Transportation
125 East Eleventh Street
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Loda; jloda@biologicaldiversity.org
Center for Biological Diversity; 1212 Broadway, Suite 800; Oakland, CA 94612

Kelly Davis; kelly@sosalliance.org
Save Our Springs Alliance, 905 W. Oltorf St., Ste. A; Austin, TX 78704

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: July 19, 2016



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-876

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

**AFFIDAVIT OF SERVICE ATTACHED**

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:16-CV-876-LY

Plaintiff:
**Center for Biological Diversity; Save Our Springs Alliance, Inc.**

vs.

Defendant:
**Texas Department of Transportation; James Bass**

For:
Save Our Springs
905 W. Oltorf
Suite A
Austin, TX 78704

Received by Austin Process LLC on the 21st day of July, 2016 at 11:12 am to be served on **James Bass, Texas Department of Transportation, 125 East 11th Street, Austin, TX 78701**.

I, Dane R. Cuppett, being duly sworn, depose and say that on the **22nd day of July, 2016** at **1:34 pm, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true and correct copy of the **Summons in a Civil Action and Complaint for Declaratory and Injunctive Relief** with the date of service endorsed thereon by me, to: **Alicia Ramon-Kane, Office of General Counsel, Texas Department of Transportation** at the address of: **Texas Department of Transportation, 125 East 11th Street, Austin, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 22nd day of July, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

JESSICA R MATHEWS
Notary Public
STATE OF TEXAS
My Comm. Exp. November 14, 2016

Dane R. Cuppett
SCH-7114, Exp. 9/30/16

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2016005241

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e