IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; SAVE OUR SPRINGS ALLIANCE, INC., | § § § | |
| Plaintiffs, | § | CASE NO. 1:16-CV-876-LY |
| | § | |
| v. | § | |
| | § | |
| TEXAS DEPARTMENT OF TRANSPORTATION; JAMES BASS, EXECUTIVE DIRECTOR, | § § § | |
| Defendants. | § | |

## STATUS REPORT

In accordance with the Order Granting Motion to Stay Litigation dated December 16, 2016, Plaintiffs Center for Biological Diversity and Save Our Springs Alliance inform the Court of the following:

On March 15, 2017 Defendants informed Plaintiffs that the U.S. Fish and Wildlife Service has not yet responded to the Texas Department of Transportation's request for informal Section 7 consultation under the Endangered Species Act. Defendants also informed Plaintiffs that they anticipate utility relocation to begin on May 1, 2017 with further construction on the MoPac Intersections Improvement Project beginning on September 1.

Plaintiffs have contacted Defendants to determine whether an extension of the present stay would be appropriate. The current stay will expire on March 31, 2017, unless Plaintiffs seek and receive an extension of the stay with the Court.

Respectfully submitted,

/s/ Jennifer L. Loda

JENNIFER L. LODA (CA Bar No. 284889)*
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Tel: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

COLLETTE L. ADKINS (MN Bar No. 035059X)*
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN  55014-0595
Tel: (651) 955-3821
Fax: (510) 844-7150
cadkins@biologicaldiversity.org

KELLY D. DAVIS (Tex. Bar No. 24069578)
WILLIAM G. BUNCH (Tex. Bar No. 0334520)
Save Our Springs Alliance
905 W. Oltorf St., Suite A
Austin, Texas 78704
T. (512) 477-2320
F. (512) 477-6410
bill@sosalliance.org
kelly@sosalliance.org

**Attorneys for Plaintiffs**

*Granted admission *pro hac vice*

CERTIFICATE OF SERVICE

I certify that on March 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically notify via email all counsel of record.

/s/ Jennifer L. Loda

JENNIFER L. LODA
ATTORNEY FOR PLAINTIFFS