IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY AND SAVE OUR SPRINGS ALLIANCE, INC., <br>     PLAINTIFFS, <br><br> V. <br><br> TEXAS DEPARTMENT OF TRANSPORTATION; JAMES BASS, EXECUTIVE DIRECTOR; AND UNITED STATES FISH AND WILDLIFE SERVICE, <br>     DEFENDANTS. | § § § § § § § § § § § § § § | CAUSE NO. 1:16-CV-876-LY |

## SCHEDULING ORDER

The court has before it Joint Status Report and Request for Briefing Schedule filed July 18, 2018 (Dkt. No. 18). The court has reviewed and now approves of the dates in the status report and renders the following scheduling order.

**IT IS ORDERED** that Plaintiffs will file their motion, briefing, and exhibits for submission on the merits **on or before September 5, 2018**. The briefing is limited to 40 pages, excluding exhibits.

**IT IS FURTHER ORDERED** that Defendants will each file a response **on or before October 24, 2018**. The responses are limited to 30 pages, with a 60 page total limit.

**IT IS FURTHER ORDERED** that Plaintiffs will file a reply **on or before November 21, 2018**. The reply is limited to 20 pages, excluding exhibits.

**IT IS FURTHER ORDERED** that the Plaintiffs will file a joint appendix **on or before December 7, 2018**.

**IT IS FURTHER ORDERED** that this case is set for a bench trial in Courtroom No. 7, Seventh Floor, the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **January 23, 2019, at 9:30 a.m.**

SIGNED this __3rd__ day of August, 2018.

                                                   _____
                                                   LEE YEAKEL
                                                   UNITED STATES DISTRICT JUDGE